IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MID-STATE TRUST X and GREEN TREE
SERVICING LLC
Plaintiffs,

v.

JOHNNY CROWSON,
Defendant/Third Party Plaintiff

Case No. 4-03-CV-485-JMM

v.

JIM WALTER HOMES, INC. and MID-STATE
HOMES, INC.
Third Party Defendants.

## ORDER CONFIRMING FORECLOSURE SALE

On this day is presented to the Court the Commissioner's Report of Foreclosure Sale, and the Court finds that said sale was duly advertised and conducted in accordance with the applicable law and statutes, and the Court approves and confirms said sale, finds that the sum bid for said property was adequate, that the terms of said sale were proper in all respects, and that said sale was legally proper in all respects.

**IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED and DECREED** that said sale and Report of Foreclosure Sale be, and the same are hereby, in all things approved and confirmed, and that the Commissioner, upon complete payment or credit of the purchase money, is directed to execute, acknowledge and deliver to said purchaser a Commissioner's Deed conveying the lands and improvements described in the Foreclosure Decree to the purchaser and that the judgment previously rendered in this cause in favor of the Plaintiffs be and the same is hereby credited with the amount of said sale in the sum of $105,000.00, and partially satisfied to


such extent, and that after said deed is transferred, all necessary writs may be issued by the Clerk upon application of the purchaser to place the purchaser in possession of said property.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTICT JUDGE

Date: 5/17/12

**Prepared by:**

Harry A. Light
Friday, Eldredge & Clark
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
(501) 370-3304

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MID-STATE TRUST X and GREEN TREE SERVICING LLC<br>Plaintiffs,<br><br>v.<br><br>JOHNNY CROWSON,<br>Defendant/Third Party Plaintiff<br><br>v.<br><br>JIM WALTER HOMES, INC. and MID-STATE HOMES, INC.<br>Third Party Defendants. | Case No. 4-03-CV-485-JMM |

## REPORT OF FORECLOSURE SALE

Dennis Milligan, the Court-appointed Commissioner to execute the Foreclosure Decree of the Court herein, reports as follows:

Pursuant to the Foreclosure Decree of this Court entered March 14, 2012, he published notice of the time, terms, and place of sale of the lands and improvements ordered sold once a week for four (4) consecutive weeks prior to the date of sale in the *Benton Courier*, a newspaper in Saline County, Arkansas, having a bona fide circulation therein, the insertions of such notice being on March 21, 2012, March 28, 2012, April 4, 2012 and April 11, 2012, the dates of publication of such notice being more particularly set out in an affidavit of publication filed herein and made a part of this report by reference.

On the 1st day of May, 2012, the date in said notice specified for such sale, at 11:00 a.m., your Commissioner offered for sale at public auction at the front door of the County Courthouse, Saline County, Benton, Arkansas, the place specified in said notice, to the highest bidder upon a

credit of three (3) months, the following lands and improvements thereon in Saline County, Arkansas:

> **THAT PORTION OF THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 18, TOWNSHIP 2 SOUTH, RANGE 14 WEST, SALINE COUNTY, ARKANSAS, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID WEST HALF OF THE NORTHWEST QUARTER, THENCE S 00°00'00" W 1265.01 FEET; THENCE N 90°00'00" E 20.00 FEET TO THE EAST LINE OF CANTERBURY ROAD; THENCE N 90°00'00" E 154.93 FEET TO THE POINT OF BEGINNING; THENCE N 90°00'00" E 194.18 FEET; THENCE S 01°15'18" E 71.47 FEET; THENCE S 89°34'10" W 113.81 FEET; THENCE S 00°13'08" E 173.37 FEET TO THE NORTH LINE OF SILICA HEIGHTS ROAD; THENCE N 58°09'44" W 28.28 FEET ALONG SAID NORTH LINE OF SILICA HEIGHTS ROAD; THENCE N 60°28'23" W 84.57 FEET ALONG SAID NORTH LINE OF SILICA HEIGHTS ROAD, DEPARTING FROM SAID NORTH LINE OF SILICA HEIGHTS ROAD, THENCE N 04°32'18" E 189.68 FEET TO THE POINT OF BEGINNING, CONTAINING 0.64 ACRES.**

At said sale, held as stated, Green Tree Servicing LLC, Plaintiff's assignee, bid and offered to pay for said property the sum of $105,000.00 as a credit against the judgment, and this being the highest and best bid for said property, the same were sold to the said Green Tree Servicing LLC for said sum.

WHEREFORE, Dennis Milligan, Commissioner, prays that the Court approve his actions stated herein, that said sale be confirmed, and that upon full payment or credit to Plaintiff of the purchase money, he be directed to execute a deed to the purchaser for said property and that said purchase price, after payment of all costs, be applied to the judgment herein rendered in partial satisfaction thereof.

_____
COMMISSIONER