IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MID-STATE TRUST X and GREEN TREE
SERVICING LLC
Plaintiffs,

v.

JOHNNY CROWSON,
Defendant/Third Party Plaintiff

v.

JIM WALTER HOMES, INC. and MID-STATE
HOMES, INC.
Third Party Defendants.

Case No. 4-03-CV-485-JMM

## ORDER APPROVING COMMISSIONER'S DEED

On this day is presented to the Court the Commissioner's Deed of Dennis Milligan, Commissioner appointed to execute the Foreclosure Decree rendered in the above-styled cause, and the Court having examined the Commissioner's Deed to Green Tree Servicing LLC, the assignee of the judgment rendered in this cause who was the purchaser of the real property and improvements described in the Foreclosure Decree of the Court and in said Commissioner's Deed, the Commissioner's Deed is in all things approved and confirmed. And the Commissioner, having acknowledged that he has executed the Commissioner's Deed to said purchaser, thereby conveying the land and improvements more specifically described in the Foreclosure Decree and Commissioner's Deed, for the consideration and purposes set forth therein, it is therefore ORDERED that the Commissioner's Deed be approved and confirmed and that this order and

1

acknowledgment be entered upon the record along with said Commissioner's Deed, and certified by the Court Clerk under the seal of this Court.

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTICT JUDGE

Date: 5/17/12

## ACKNOWLEDGMENT

IN WITNESS that the above and foregoing order and acknowledgment is a true and complete copy of same from the records and proceedings of the United States District Court for the Eastern District of Arkansas, I hereby set my hand and seal as Clerk of said Court on this 17th day of May, 2012.

JAMES W. McCORMACK, Clerk

DATE: 5/17/2012

BY: *[signature]* Donna Jackson
Deputy Clerk

2

This instrument prepared by:
Harry A. Light
Friday, Eldredge & Clark
400 West Capitol, Suite 2000
Little Rock, AR 72201



FILED
SALINE COUNTY
CIRCUIT CLERK

2012 MAY -2 PM 2: 37

BY: BT

12 035052

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| MID-STATE TRUST X and GREEN TREE SERVICING LLC<br>Plaintiffs,<br><br>v.<br><br>JOHNNY CROWSON,<br>Defendant/Third Party Plaintiff<br><br>v.<br><br>JIM WALTER HOMES, INC. and MID-STATE HOMES, INC.<br>Third Party Defendants. | Case No. 4-03-CV-485-JMM |

## COMMISSIONER'S DEED

**KNOW ALL MEN BY THESE PRESENTS:**

That Dennis Milligan, as Commissioner, hereby certifies and conveys as follows:

1

---

I certify under penalty of false swearing that the legally correct amount of documentary stamps has been placed on this instrument.
Grantee or Grantee's Agent and Grantee's address to which tax statements should be mailed:

Green Tree Servicing LLC
1400 Turbine Drive
Rapid City, South Dakota 57703

WHEREAS, in the United States District Court for the Eastern District of Arkansas on the 14th day of March, 2012, it was ordered, adjudged and decreed in the above-styled cause, that the Plaintiffs, MID-STATE TRUST X and GREEN TREE SERVICING LLC have judgment against DEFENDANT JOHNNY CROWSON, in the sum of $106,650.00, as of December 11, 2011, with interest thereon until paid plus other amounts set forth in the Judgment and Decree of Foreclosure; and it was decreed that all of the right, title, interest, equity and estate of the DEFENDANT and anyone claiming by through or under DEFENDANT, as well as all rights of dower, homestead and redemption of DEFENDANT and anyone claiming by through or under DEFENDANT, in and to the property hereinafter described be foreclosed and forever barred, and that upon default in the payment of said judgment, interest, attorney's fee, and costs, this Commissioner should give notice of the time, terms and place of sale and sell at public auction to the highest bidder, on a credit of three months, at the designated door of the County Courthouse in Saline County, Arkansas, between the hours of nine o'clock in the morning and three o'clock in the afternoon, following proper publication of notice, the real and personal property described in the Judgment and Decree of Foreclosure and that Mortgage dated March 26, 2001 and recorded in Book 01, Page 22047 in the Office of the Circuit Clerk and Ex-Officio Recorder for Saline County, Arkansas and incorporated herein by reference including the following described real property and improvements thereon (the real property and other property described in the mortgage together with all tenements, hereditaments and appurtenances thereunto belonging being hereinafter referred to as the "Property"):

>   THAT PORTION OF THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 18, TOWNSHIP 2 SOUTH, RANGE 14 WEST, SALINE COUNTY, ARKANSAS, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SAID WEST HALF OF THE NORTHWEST QUARTER, THENCE S

12 035053

00°00'00" W 1265.01 FEET; THENCE N 90°00'00" E 20.00 FEET TO THE EAST LINE OF CANTERBURY ROAD; THENCE N 90°00'00" E 154.93 FEET TO THE POINT OF BEGINNING; THENCE N 90°00'00" E 194.18 FEET; THENCE S 01°15'18" E 71.47 FEET; THENCE S 89°34'10" W 113.81 FEET; THENCE S 00°13'08" E 173.37 FEET TO THE NORTH LINE OF SILICA HEIGHTS ROAD; THENCE N 58°09'44" W 28.28 FEET ALONG SAID NORTH LINE OF SILICA HEIGHTS ROAD; THENCE N 60°28'23" W 84.57 FEET ALONG SAID NORTH LINE OF SILICA HEIGHTS ROAD, DEPARTING FROM SAID NORTH LINE OF SILICA HEIGHTS ROAD, THENCE N 04°32'18" E 189.68 FEET TO THE POINT OF BEGINNING, CONTAINING 0.64 ACRES.

AND WHEREAS, said sale was conducted according to the judgment and decree of said Court and in accordance with applicable law, which sale was duly reported to the Court and approved by the Court and the undersigned Commissioner was directed to make a deed to the purchaser, Green Tree Servicing LLC, assignee of the judgment rendered herein, who offered the highest and best bid at said sale;

AND WHEREAS, the undersigned Commissioner and the Grantee named herein, who was the purchaser at said sale, have in all respects complied with and conformed to applicable law, and their respective actions have been approved by and have been in accordance with the orders of the Court;

NOW THEREFORE, Dennis Milligan, as Commissioner, acting for and on behalf of the United States District Court for the Eastern District of Arkansas, and in accordance with its Judgment and Decree of Foreclosure, in consideration of the premises and of the sum of $105,000.00 as a credit against the judgment, does hereby grant, bargain, sell and convey the Property unto Green Tree Servicing LLC, and unto its successors, heirs and assigns forever.

In Witness Whereof, I have hereunto affixed my hand as Commissioner, and the seal of this Court, this 2 day of May, 2012.

_____
COMMISSIONER

## ACKNOWLEDGMENT

STATE OF ARKANSAS ) 
) ss.
COUNTY OF SALINE )

On this day personally appeared before me, the undersigned, a Notary Public, within and for the state and county aforesaid, duly commissioned, qualified and acting, DENNIS MILLIGAN, Commissioner, to me known to be the person executing the foregoing Commissioner's Deed and acknowledged to me that he has executed the same for the consideration, uses and purposes therein mentioned and set forth.

WITNESS my hand and official seal as such Notary Public, on this 2 day of May, 2012.

_____
NOTARY PUBLIC

My Commission Expires:
9-1-2015

FILED FOR RECORD
In DOC Book 2012 Page 35052
MAY 0 2 2012
at 2:37 o'clock P M
DENNIS MILLIGAN, CIRCUIT CLERK
BY _____ DC

12 035055

4