IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:

MID-STATE TRUST X                                           PLAINTIFF

v.                              CASE NO. 4:03 CV00485 JMM

JOHNNY CROWSON                                              DEFENDANT
                                                            THIRD PARTY PLAINTIFF

v.

JIM WATLER HOMES, INC.
AND MID-STATE HOMES, INC.                                   THIRD PARTY DEFENDANTS

## ORDER

Pursuant to the Judgment and Orders entered, the Court finds that this case should be closed.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 29th day of August, 2012.

_____
James M. Moody
United States District Judge